No. 567. BEVINS ET AL. *v.* PRINDABLE ET AL. October 13, 1941. *Per Curiam:* The motion to affirm is granted and the judgment is affirmed. *Beal* v. *Missouri Pacific R. Co.,* 312 U. S. 45, 49–51; *Watson* v. *Buck,* 313 U. S. 387, 400–01. *Messrs.*

574

*Hayden C. Covington* and *Joseph F. Rutherford* for appellants. *Mr. George F. Barrett,* Attorney General of Illinois, for appellees.